# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:

KAROLINE DEL MAR ACOSTA QUILES

DEBTOR

CASE NO. 24-00048/EAG

CHAPTER 7

## DEBTOR'S MOTION AND NOTICE OF FILING OF AMENDED SCHEDULES "A/B" and "C" OFFICIAL FORMS 106A/B AND 106C

**TO THE HONORABLE COURT:**

**NOW COMES, KAROLINE DEL MAR ACOSTA QUILES**, the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor is hereby submitting *Amended Schedules "A/B" & "C"*, dated February 8, 2024, herewith and attached to this motion.

2. The Amendments to Schedules "A/B" & "C" is filed ***to include a 2023 Tax Refund pending to be received during year 2024 for the approximate sum of $3,693.00 and Schedule "C" is filed to claim the appropriate exemption***, in the above captioned case.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 7 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the Debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 8th day of February 2024.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY for the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699/787-963-7699
Email: rfc@rfigueroalaw.com

Fill in this information to identify your case and this filing:

Debtor 1: **KAROLINE** (First Name) **DEL MAR** (Middle Name) **ACOSTA QUILES** (Last Name)

Debtor 2 (Spouse, if filing): _____ First Name _____ Middle Name _____ Last Name

United States Bankruptcy Court for the: District of **Puerto Rico**

Case number: **24-00048-7**

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 Debtor owns a residential real property located at Urb Bunker 118 Chile Street, Caguas Puerto Rico. This property consists of: 3 bedrooms, 2 bathrooms, living and dinning room, laundry, kitchen, balcony and carpot/garage.
   Street address, if available, or other description

   Urb Bunker 118 Chile Street

   Caguas, PR 00725
   City    State    ZIP Code

   Caguas
   County

   What is the property? Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   Who has an interest in the property? Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

   Current value of the entire property? **$76,000.00**
   Current value of the portion you own? **$76,000.00**

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   Fee Simple

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here .................... → **$76,000.00**

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on Schedule G: Executory Contracts and Unexpired Leases.

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   ☐ No
   ☑ Yes

Debtor ACOSTA QUILES, KAROLINE DEL MAR        Case number (if known) 24-00048-7

### 3.1
- Make: Nissan
- Model: Sentra
- Year: 2015
- Approximate mileage: ___
- Other information: VIN: 3N1AB7AP3FY279304

Who has an interest in the property? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $5,043.00

Current value of the portion you own? $5,043.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☑ No
   - ☐ Yes

### 4.1
- Make: ___
- Model: ___
- Year: ___
- Other information: ___

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? ___

Current value of the portion you own? ___

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ..................................... → $5,043.00

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - ☐ No
   - ☑ Yes. Describe........ See Attached.                                $2,150.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   - ☐ No
   - ☑ Yes. Describe........ See Attached.                                $355.00

Debtor ACOSTA QUILES, KAROLINE DEL MAR           Case number (if known) 24-00048-7

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe. .........

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe. .........

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe. .........

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe. ......... | Clothing and personal effects | $450.00

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe. ......... | Jewelry | $30.00

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe. .........

14. Any other personal and household items you did not already list, including any health aids you did not list

    ☑ No
    ☐ Yes. Give specific information. ............

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................. →   $2,985.00

| Part 4: | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?      Current value of the portion you own?
                                                                                  Do not deduct secured claims or exemptions.

Debtor ACOSTA QUILES, KAROLINE DEL MAR    Case number (if known) 24-00048-7

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes ........................................................................................................................ Cash: ...................

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes ...................       Institution name:

    17.1. Checking account:    Banco Popular de PR
                               Account No. x0280                                                    $1.00

    17.2. Savings account:     AEELA
                               Deposits and Dividends
                               xxx-xx-1433                                                          $4,591.59

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes ...................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes. Give specific
      information about
      them...................    Name of entity:                              % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific
      information about
      them...................    Issuer name:

Debtor ACOSTA QUILES, KAROLINE DEL MAR    Case number (if known) 24-00048-7

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each account separately.    Type of account:    Institution name:

    401(k) or similar plan: _____
    Pension plan: _____
    IRA: _____
    Retirement account: _____
    Keogh: _____
    Additional account: _____
    Additional account: _____

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes ....................    Institution name or individual:

    Electric: _____
    Gas: _____
    Heating oil: _____
    Security deposit on rental unit: _____
    Prepaid rent: _____
    Telephone: _____
    Water: _____
    Rented furniture: _____
    Other: _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes ....................    Issuer name and description:
    _____
    _____
    _____

Debtor ACOSTA QUILES, KAROLINE DEL MAR  Case number (if known) 24-00048-7

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes ............ Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☑ No
    ☐ Yes. Give specific information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☑ No
    ☐ Yes. Give specific information about them. ...

| Money or property owed to you? | | | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...

    | 2023 Tax Refund pending to be received during year 2024 | Federal: | |
    |---|---|---|
    | | State: | $3,693.00 |
    | | Local: | |

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

Debtor ACOSTA QUILES, KAROLINE DEL MAR    Case number *(if known)* 24-00048-7

☑ No
☐ Yes. Give specific information. .........

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes. Give specific information. .........

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No
    ☐ Yes. Name the insurance company of each policy and list its value. ...

    Company name: _____    Beneficiary: _____    Surrender or refund value: _____

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No
    ☐ Yes. Give specific information. .........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes. Describe each claim. ...............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information. .........

Debtor ACOSTA QUILES, KAROLINE DEL MAR          Case number *(if known)* 24-00048-7

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ................................................................ → $8,285.59

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
    - ☑ No. Go to Part 6.
    - ☐ Yes. Go to line 38.

Current value of the portion you own? Do not deduct secured claims or exemptions.

38. Accounts receivable or commissions you already earned
    - ☑ No
    - ☐ Yes. Describe. .........

39. Office equipment, furnishings, and supplies
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    - ☑ No
    - ☐ Yes. Describe. .........

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade
    - ☑ No
    - ☐ Yes. Describe. .........

41. Inventory
    - ☑ No
    - ☐ Yes. Describe. .........

42. Interests in partnerships or joint ventures
    - ☑ No
    - ☐ Yes. Describe .......

        Name of entity:                                    % of ownership:

43. Customer lists, mailing lists, or other compilations
    - ☑ No
    - ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
        - ☐ No
        - ☐ Yes. Describe. .........

Debtor ACOSTA QUILES, KAROLINE DEL MAR    Case number (if known) 24-00048-7

44. Any business-related property you did not already list

☑ No
☐ Yes. Give specific information .........

_____
_____
_____
_____
_____
_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ..................... → $0.00

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

47. Farm animals
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes .........................

48. Crops—either growing or harvested

☑ No
☐ Yes. Give specific information. ...........

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade

☑ No
☐ Yes ......................

50. Farm and fishing supplies, chemicals, and feed

☑ No
☐ Yes .........................

51. Any farm- and commercial fishing-related property you did not already list

☑ No
☐ Yes. Give specific information. ............

Debtor ACOSTA QUILES, KAROLINE DEL MAR    Case number (if known) 24-00048-7

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ......................................➔ $0.00

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
    Examples: Season tickets, country club membership
    ☑ No
    ☐ Yes. Give specific information.

54. Add the dollar value of all of your entries from Part 7. Write that number here ......................................➔ $0.00

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ......................................➔ $76,000.00

56. Part 2: Total vehicles, line 5                $5,043.00

57. Part 3: Total personal and household items, line 15    $2,985.00

58. Part 4: Total financial assets, line 36         $8,285.59

59. Part 5: Total business-related property, line 45    $0.00

60. Part 6: Total farm- and fishing-related property, line 52    $0.00

61. Part 7: Total other property not listed, line 54    + $0.00

62. Total personal property. Add lines 56 through 61. ......    $16,313.59    Copy personal property total ➔ + $16,313.59

63. Total of all property on Schedule A/B. Add line 55 + line 62. ......................................    $92,313.59

Debtor ACOSTA QUILES, KAROLINE DEL MAR    Case number *(if known)* 24-00048-7

**Continuation Page**

6. Household goods and furnishings

| | |
|---|---|
| Household Goods and Furnishing (beds, sofas, tables, others) | $1,500.00 |
| One (1) refrigerator | $400.00 |
| One (1) stove | $150.00 |
| One (1) washing machine | $100.00 |

7. Electronics

| | |
|---|---|
| One (1) Emergency Gasoline Power Generator | $200.00 |
| One (1) microwave oven | $45.00 |
| One (1) Printer | $35.00 |
| One (1) TV Set 32" | $75.00 |

Fill in this information to identify your case:

Debtor 1: **KAROLINE** **DEL MAR** **ACOSTA QUILES**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): ___ ___ ___
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **District of Puerto Rico**

Case number (if known): 24-00048-7

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt
04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Debtor owns a residential real property located at Urb Bunker 118 Chile Street, Caguas Puerto Rico. This property consists of: 3 bedrooms, 2 bathrooms, living and dinning room, laundry, kitchen, balcony and carpot/garage.<br>Urb Bunker 118 Chile Street Caguas, PR 00725<br>Line from Schedule A/B: 1.1 | $76,000.00 | ☑ $24,234.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| Brief description:<br>2015 Nissan Sentra<br>VIN: 3N1AB7AP3FY279304<br>Line from Schedule A/B: 3.1 | $5,043.00 | ☑ $4,450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| | | ☑ $593.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |

| Debtor 1 | KAROLINE | DEL MAR | ACOSTA QUILES | Case number *(if known)* 24-00048-7 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Additional Page

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   
       ☐ No
   
       ☐ Yes

| Debtor 1 | KAROLINE | DEL MAR | ACOSTA QUILES | Case number (if known) 24-00048-7 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Household Goods and Furnishing (beds, sofas, tables, others)<br>Line from Schedule A/B: 6 | $1,500.00 | ☑ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>One (1) refrigerator<br>Line from Schedule A/B: 6 | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>One (1) washing machine<br>Line from Schedule A/B: 6 | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>One (1) stove<br>Line from Schedule A/B: 6 | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>One (1) microwave oven<br>Line from Schedule A/B: 7 | $45.00 | ☑ $45.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>One (1) TV Set 32"<br>Line from Schedule A/B: 7 | $75.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>One (1) Printer<br>Line from Schedule A/B: 7 | $35.00 | ☑ $35.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>One (1) Emergency Gasoline Power Generator<br>Line from Schedule A/B: 7 | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

| Debtor 1 | KAROLINE | DEL MAR | ACOSTA QUILES | Case number *(if known)* 24-00048-7 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Clothing and personal effects<br>Line from Schedule A/B: 11 | $450.00 | ☑ $450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>Jewelry<br>Line from Schedule A/B: 12 | $30.00 | ☑ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description:<br>2023 Tax Refund pending to be received during year 2024<br>State tax<br>Line from Schedule A/B: 28 | $3,693.00 | ☑ $3,693.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Fill in this information to identify your case:

Debtor 1: KAROLINE DEL MAR ACOSTA QUILES
         First Name   Middle Name   Last Name

Debtor 2: _____ _____ _____
(Spouse, if filing)
         First Name   Middle Name   Last Name

United States Bankruptcy Court for the: District of Puerto Rico

Case number: 24-00048-7
(if known)

☑ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Karoline Acosta
KAROLINE DEL MAR ACOSTA QUILES, Debtor 1

Date 02/08/2024
     MM/ DD/ YYYY

```
Label Matrix for local noticing            BANCO POPULAR DE PUERTO RICO (BD)        POPULAR AUTO LLC
0104-3                                     BERMUDEZ & DIAZ LLP                      PO BOX 366818
Case 24-00048-EAG7                         PO BOX 362708                            SAN JUAN, PR 00936-6818
District of Puerto Rico                    SAN JUAN, PR 00936-2708
Old San Juan
Thu Feb  8 09:57:12 AST 2024

US Bankruptcy Court District of P.R.       (p)AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS   (p)ASOCIACION DE EMPLEADOS DEL ELA
Jose V Toledo Fed Bldg & US Courthouse     P O BOX 7066                             ATTN IRITZA ORTIZ ECHEVARRIA
300 Recinto Sur Street, Room 109           SAN JUAN PR 00916-7066                   PO BOX 364508
San Juan, PR 00901-1964                                                             SAN JUAN PR 00936-4508


Asoc. Emp. Ela (mast                       BANCO POPULAR DE PUERTO RICO             Banco Popular de Puerto Rico
Po Box 364508                              BERMUDEZ & DIAZ, LLP                     PO Box 362708
San Juan, PR 00936-4508                    PO BOX. 362708                           San Juan, PR 00936-2708
                                           SAN JUAN, PUERTO RICO 00936-2708


(p)DEPARTAMENTO DE TRANSPORTACION Y OBRAS PUB   (p)LUMA ENERGY                      Popular Auto
P O BOX 41269                              REVENUE PROTECTION                       Po Box 70370
SAN JUAN PR 00940-1269                     PO BOX 364267                            San Juan, PR 00936-8370
                                           SAN JUAN PR 00936-4267


KAROLINE DEL MAR ACOSTA QUILES              MONSITA LECAROZ ARRIBAS                 NOREEN WISCOVITCH RENTAS
URB BUNKER 118 CHILE STREET                 OFFICE OF THE US TRUSTEE (UST)          Noreen Wiscovitch Rentas,Ch 7 Trustee
Caguas, PR 00725-5423                       OCHOA BUILDING                          P.O. Box 364363
                                            500 TANCA STREET   SUITE 301            San Juan, PR 00936-4363
                                            SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
AAA                                         AEELA                                    DTOP
PO Box 7066                                 PO Box 364508                            PO Box Box 41269
San Juan, PR 00916-7066                     San Juan, PR 00936-4508                  San Juan, PR 00940


LUMA Energy                                 End of Label Matrix
PO Box 364267                               Mailable recipients    15
San Juan, PR 00936                          Bypassed recipients     0
                                            Total                  15
```